E-FILED
 Tuesday, 29 November, 2005  10:12:01 AM
 Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| PATRICIA BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-1290 |
| ) | |
| HARDEE'S FOOD SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Cudmore's Report and Recommendation [Doc. #5], which addresses Plaintiff's Objection to Removal of Case to Federal District Court [Doc. #3]. The parties have not filed any objections within the ten (10) working days allotted by 28 U.S.C. § 636(b)(1). Failure to timely object constitutes a waiver of any objections. See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, the Court ADOPTS the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's Objection to Removal of Case to Federal District Court [Doc. #3] is DENIED. The instant matter shall proceed in this Court in compliance with the Report and Recommendation of the Magistrate Judge.

Entered this  29th  day of November, 2005.

 /s/ Joe B. McDade
 JOE BILLY McDADE
 United States District Judge